**Order entered July 15, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00535-CV

## JIMMY LEE MENIFEE, Appellant

## V.

## MAYOR ERIC JOHNSON AND THE CITY OF DALLAS, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-05003

## ORDER

Appellant has been deemed a vexatious litigant and is subject to a prefiling order, but the Court does not have an order from the local administrative judge allowing this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, this appeal is **STAYED** and will be dismissed without further notice unless, no later than July 26, 2021, appellant obtains an order from the appropriate local

administrative judge permitting the filing of this appeal and files the order with this

Court.  *See id.* 11.1035(b).

/s/    BONNIE LEE GOLDSTEIN
JUSTICE
